UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
Marianne Nestor Cassini and Gemeaux Ltd.,

                Plaintiffs,                    JUDGMENT

          v.                        22-CV-01696 (DG) (AYS)

County of Nassau, et al.,

                Defendants.
---------------------------------------------------------- X

      A Memorandum and Order of Honorable Diane Gujarati, United States District Judge, having been filed on August 12, 2024, granting the Motion to Dismiss, ECF No. 64;  dismissing the Amended Complaint, ECF No. 25, in its entirety; and denying the Motion for Sanctions, ECF No. 69; it is

      ORDERED and ADJUDGED that the Motion to Dismiss, ECF No. 64, is granted; that the Amended Complaint, ECF No. 25, is dismissed in its entirety; that the Motion for Sanctions, ECF No. 69, is denied; and that dismissal of Mrs. Cassini's claims, other than any excessive force claim(s) against Judge Reilly, the County of Nassau, the Nassau County Sheriff, and the New York City Sheriff, is without prejudice.

Dated: Brooklyn, NY                         Brenna B. Mahoney
       August 13, 2024                  Clerk of Court

                                      By: */s/Jalitza Poveda*
                                           Deputy Clerk