# UNITED STATES DISTRICT COURT
## Eastern District of New York

_____X

Marianne Nestor Cassini
Gemeaux Ltd.
Oleg Cassini Inc.
Cassini Parfums Ltd.

              Plaintiff(s),

-against-

County of Nassau et al Public Administrator
Kenneth Mahon;Rosalia Baiamonte;JReilly;
Jeffrey Miller;Doyle; Sheriff NY/Nassau

              Defendant(s).

_____X

**NOTICE OF APPEAL**

22 CV -01696 (DG)(AYS)

Marianne Cassini Gemeaux Ltd. Oleg Cassini Inc. Cassini Parfums Ltd. _____ (name all parties taking the appeal)*

appeal to the United States Court of Appeals for the Second Circuit from the **order** Memorandum and Order 22-CV-01696(DG)(AYS) _____ (describe the order)

entered on August 12, 2024 _____ (state the date that the order was entered).

Signature: [signed] Marianne Nestor Cassini

Name: Marianne Nestor Cassini

Prison ID:

Address: 15 East 63rd Street NYC 10065

Phone: 917 679 2558

Email: mariannen1234@aol.com

REC'D IN PRO SE OFFICE
SEP 11 '24 PM 2:56

{Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. (4)(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.}

*See Rule 3(c) of the Federal Rules of Appellate Procedure for permissible ways of identifying appellants.